IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAZAVIER LOVELACE

    Plaintiff,

v.                                    CASE NO.  5:22cv9-RH-MJF

MARK INCH, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to prosecute, failure to pay the filing fee, and failure to comply with court orders." The clerk must close the file.

SO ORDERED on May 23, 2022.

                                             s/Robert L. Hinkle
                                             United States District Judge